FLORENCE LAZARUS, *ET AL.*, PLAINTIFFS-PETITIONERS, v. RAYMOND C. STILLGER, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 28 *N. J. Super.* 434.

*Mr. Sydney Shulman* and *Mr. Alfred Brenner* for the petitioners.

*Mr. Louis Steisel* and *Mr. George J. Kaplan* for the respondents.

March 8, 1954. Denied.

SOMERSET CRUSHED STONE, INC., PLAINTIFF-RESPONDENT, v. EXPLOSIVES SALES CO. OF N. J., INC., *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 28 *N. J. Super.* 210.

*Mr. Mark A. Sullivan, Messrs. Carpenter, Gilmour & Dwyer, Mr. Thomas L. Morrissey* and *Mr. Milton A. Dauber* for the petitioners.

*Messrs. Kasen, Schnitzer & Kasen* and *Mr. Theodore W. Geiser* for the respondent.

March 8, 1954. Denied.